CLOSING

POMERANTZ LLP
Brian Calandra
600 Third Avenue, 20th Floor
New York, New York 10016
Telephone: (212) 661-1100
Facsimile: (917) 463-1044
bcalandra@pomlaw.com

*Attorney for Plaintiffs*

- additional counsel on signature page -

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| NIV VELVART, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>ALARUM TECHNOLOGIES LTD., SHACHAR DANIEL, SHAI AVNIT, and CHEN KATZ,<br><br>Defendants. | Case No. 2:25-cv-01263-MCA-MAH |

NOTICE OF VOLUNTARY DISMISSAL

TO:   ALL PARTIES AND THEIR COUNSEL OF RECORD

WHEREAS, no defendant in the above-captioned action *Velvart v. Alarum Technologies Ltd., et al.*, No. 2:25-cv-01263-MCA-MAH, brought before the United States District Court for the District of New Jersey, has served an answer or motion for summary judgment;

NOTICE IS HEREBY GIVEN that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A), Lead Plaintiffs Mo Nabi and Synnes Ventures AS and Named Plaintiff Nin Velvart hereby voluntarily dismiss the above-captioned action, without prejudice, as to all defendants.

Dated:  July 7, 2025                                Respectfully submitted,

**POMERANTZ LLP**

<u>*/s/ Brian Calandra*</u>
Brian Calandra
600 Third Avenue, 20th Floor
New York, New York 10016
Telephone: (212) 661-1100
Facsimile: (917) 463-1044
bcalandra@pomlaw.com

**THE ROSEN LAW FIRM, P.A.**
Joshua Baker (admitted *pro hac vice*)
275 Madison Avenue, 40th Floor
New York, New York 10016
Telephone: (212) 686-1060
Facsimile: (212) 202-3827
jbaker@rosenlegal.com

Case 2:25-cv-01263-MCA-JSA     Document 33     Filed 07/08/25     Page 3 of 4 PageID: 532

*Co-lead Counsel for Lead Plaintiffs Mo
Nabi and Synnes Ventures AS and Named
Plaintiff Nin Velvart and the Class*

SO ORDERED

*s/Madeline Cox Arleo*
MADELINE COX ARLEO, U.S.D.J.

Date: 7/8/25

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 7th day of July, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which sent notification of such filing to all attorneys of record.

By: _/s/ Brian Calandra_
      Brian Calandra